## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 350 MAL 2014 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. 1210 |
| | : | MDA 2012 filed January 15, 2014, |
| | : | **vacating and remanding** the Judgment |
| WILLIAM CRAIG CARNELL, | : | of Sentence of the Fulton/Franklin |
| | : | County Court of Common Pleas at No. |
| Respondent | : | CP-29-CR-0000065-2011 filed February |
| | : | 7, 2013 |

## ORDER

**PER CURIAM**                                    DECIDED: October 14, 2015

**AND NOW**, this 14th day of October, 2015, the Petition for Allowance of Appeal is hereby **GRANTED,** the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for further consideration in light of Commonwealth v. Carrasquillo, 115 A.3d 1284 (Pa. 2015). Jurisdiction relinquished.